# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Sheryl Phelps      **Repayment Agreement and Order**      No: 1:24-CR-00003-001

On April 30, 2025, Sheryl Phelps was sentenced to 18 months imprisonment followed by a 24-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Phelps. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on April 30, 2025, I have been ordered to pay a total restitution of $360,955.43 and a special assessment of $100.00.

2. On June 3, 2026, I began my service of 24 months of supervised release. The mandatory assessment was satisfied on November 13, 2025. The current balance of my restitution is $360,805.43.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of August, 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

| | |
|---|---|
| *Sheryl Phelps* | 06/30/2026 |
| Sheryl Phelps | Date |
| /s/ Seth Spooner | 06/30/2026 |
| U.S. Probation Officer | Date |
| s/Barbara G. Parker | 7/6/2026 |
| Assistant U.S. Attorney | Date |

**THE COURT ORDERS:**

☒ Approval     ☐ Disapproval

*Leslie Abrams Hardman*
Leslie Abrams Gardner
Chief U.S. District Judge

July 15, 2026
Date